THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jeremy Richard Moon, Appellant.
 
 
 

Appeal From York County
 L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2007-UP-283
 Submitted June 1, 2007  Filed June 6,
 2007   

APPEAL DISMISSED

 
 
 
 Assistant Appellant Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,  of
 Columbia; Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: 
 Jeremy Moon appeals his conviction and sentence for voluntary manslaughter.  Moon
 pleaded guilty to voluntary manslaughter for striking the victim in the head
 with a baseball bat.  The trial court sentenced him to thirty years
 imprisonment.  On appeal, Moon argues this sentence is unconstitutionally
 disproportionate.  We disagree.  Thirty years imprisonment is within the
 statutory range for voluntary manslaughter and does not run afoul of the
 constitutional prohibition against cruel and unusual punishment.  State v.
 Kimbrough, 212 S.C. 348, 46 S.E.2d 273 (1948) (The weight of authority is
 to the effect that if the statute fixing the punishment for an offense is not
 unconstitutional, a sentence within the limits prescribed by such statute will
 not be regarded as cruel and unusual.).  After a thorough review of the record
 and briefs, pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels petition to be relieved.           
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE,
 J., and CURETON, A.J., concur.